| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB NO. 89608 |
|  | KEESAL, YOUNG & LOGAN |
| 2 | A Professional Corporation |
|  | Four Embarcadero Center, Suite 1500 |
| 3 | San Francisco, California 94111 |
|  | Telephone:  (415) 398-6000 |
| 4 | Facsimile:  (415) 981-0136 |
| 5 | Attorneys for Defendant |
|  | FOSS MARITIME COMPANY |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

NEW NGC, INC.,

                Plaintiff,

    vs.

Tug LYNN MARIE, her engines, tackle, apparent, etc., *in rem*, FOSS MARITIME COMPANY, *in personam*,

                Defendants.

Case No. C06 2235 ~~EDL~~ SI

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE WITH ~~[PROPOSED]~~ ORDER THEREON**

Date:  August 11, 2006
Time:  2:00 p.m.
Judge:  Hon. Susan Illston

      Due to counsel for FOSS MARITIME COMPANY's conflict with a pre-planned trip to Hawaii on August 11, 2006 the Plaintiff NEW NGC, INC. and Defendant FOSS MARITIME COMPANY, through their counsel of record, hereby stipulate that the Case Management Conference set to take place on Friday, August 11, 2006 at 2:00 p.m. in Courtroom 10 may be continued to August 18, 2006 at 2:00 p.m. in Courtroom 10.

1
2   DATED: July 27, 2006                         _____
3                                                JOHN D. GIFFIN
                                                 KEESAL, YOUNG & LOGAN
4                                                Attorneys for Defendant
                                                 FOSS MARITIME COMPANY
5
6
7
8   DATED: July 28, 2006                         _____
9                                                CHARLES S. DONOVAN
                                                 SHEPPARD MULLIN RICHTER
                                                 & HAMPTON LLP
10                                               Attorneys for Plaintiff
                                                 NEW NGC, INC.
11
12

13                                      **ORDER**

14       Good cause having been shown, the Court hereby orders that the Case
15  Management Conference in the above-entitled matter shall be continued from August
16  11, 2006 to August 18, 2006.  The Case Management Conference shall take place at 2:00
17  p.m. in Courtroom 10.
18       PURSUANT TO STIPULATION, IT IS SO ORDERED.
19
20
21  Dated:  08/01/06                              _____
                                                  United States District Judge
22
23
24
25
26
27
28
                                        - 2 -                              SF444082
                                                      STIPULATION TO CONTINUE
                                                  CASE MANAGEMENT CONFERENCE WITH
                                                  [PROPOSED] ORDER THEREON

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Susan Illston]*