IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NEW NGC, INC.,

        Plaintiff,

  v.

TUG LYNN MARIE,

        Defendant.
                                   /

No. C 06-02235 SI

**PRETRIAL PREPARATION ORDER**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: December 1, 2006 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is December 15, 2006.

DESIGNATION OF EXPERTS: 11/15/06; REBUTTAL: 11/30/06.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is December 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by January 5, 2007;

    Opp. Due January 19, 2007; Reply Due January 26, 2007;

    and set for hearing no later than February 9, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 20, 2007 at 3:30 PM.

COURT TRIAL DATE: April 2, 2007 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be three days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
This case shall be referred to the Court's mediation program. The mediation session shall occur in January 2007.

The Tug Lynn Marie must be served or dismissed by September 15, 2006.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 8/21/06

                                                    SUSAN ILLSTON
                                                    United States District Judge