SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
CHARLES S. DONOVAN, Cal. Bar No. 103667
AMY B. NORRIS, Cal. Bar No. 201147
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4106
Telephone: 415-434-9100
Facsimile: 415-434-3947
Email: cdonovan@sheppardmullin.com

Attorneys for Plaintiff New NGC, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW NGC, INC.,<br><br>            Plaintiff,<br><br>    v.<br><br>Tug LYNN MARIE, her engines, tackle, apparel, etc., *in rem*, FOSS MARITIME COMPANY, *in personam*,<br><br>            Defendants. | Case No. C 06 02235 SI<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE** |

On August 18, 2006, this Court conducted a case management conference. At that conference, counsel for the defendant Foss Maritime Company ("Foss") stated that Foss intended to file a motion for summary judgment. The Court suggested Foss reserve a hearing date for the proposed motion, and the hearing date of December 1, 2006 was reserved. At the case management conference, the Court scheduled a further case management conference for the afternoon of December 1, 2006, to address any matters and claims remaining after the summary judgment hearing.

Counsel for Foss noticed the deposition of New NGC, Inc. ("NGC") for September 29, 2006. That deposition was continued to October 17, 2006, at the request of NGC. In the interim, counsel for NGC was selected to serve on a jury. That jury service requires counsel to be out of the office on October 17, 2006 and unavailable for deposition.

-1-

Because of NGC's counsel's jury duty, NGC has requested a second continuance of the deposition of NGC's representative. Counsel for Foss has proposed the dates of October 30, 31 or November 1, 2006. Counsel for NGC is confirming NGC's availability for those dates. In order to make a timely filing for the December 1, 2006 hearing date, Foss must file its motion for summary judgment by October 27, 2006. If the deposition is continued to the week of October 30, 2006, Foss will not be able to complete the deposition of NGC and obtain a transcript prior to the filing deadline. Foss has agreed to the second continuance of the deposition of the current hearing date of December 1st and the date of the case Management conference can also be continued. The Court has advised counsel that the next available hearing date is January 5, 2007.

IT IS STIPULATED BY THE PARTIES AND REQUESTED that the Court reserve January 5, 2007 for a hearing on Foss' motion for summary judgment and continue the further case management conference until that date.

Dated: October 18, 2006

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By _____/s/ Amy B. Norris_____

Amy B. Norris
Attorneys for Plaintiff New NGC, Inc.

Dated: October 18, 2006

KESSAL YOUNG & LOGAN

By _____/s/ John Giffin_____

John Giffin
Attorneys for Defendant Foss Maritime Company

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that that Defendant's Motion for Summary Judgment shall be heard on January 5, 2007 at 9:00 a.m.

Moving papers shall be filed and served no later than December 1, 2006; opposition shall be filed and served by December 15, 2006; and any reply papers shall be filed by December 22, 2006.

The December 1, 2006 Further Case Management Conference is continued to January 5, 2007 at 2:30 p.m.

IT IS SO ORDERED.

Dated:_____          _____
                                     United States District Judge