| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB NO. 89608 |
| | KEESAL, YOUNG & LOGAN |
| 2 | A Professional Corporation |
| | Four Embarcadero Center, Suite 1500 |
| 3 | San Francisco, California 94111 |
| | Telephone:   (415) 398-6000 |
| 4 | Facsimile:   (415) 981-0136 |
| 5 | Attorneys for Defendant |
| | FOSS MARITIME COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NEW NGC, INC., | ) | Case No. C 06 2235 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING SUMMARY** |
| vs. | ) | **JUDGMENT HEARING AND CASE** |
| | ) | **MANAGEMENT CONFERENCE** |
| Tug LYNN MARIE, her engines, tackle, | ) | |
| apparent, etc., *in rem*, FOSS MARITIME | ) | |
| COMPANY, *in personam*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

   IT IS STIPULATED BY THE PARTIES AND REQUESTED that the Court reserve January 19, 2007 for a hearing on Defendant FOSS MARITIME COMPANY'S ("Foss'") Motion for Summary Judgment and continue the further Case Management Conference until that date.

   Foss noticed the depositions of certain NEW NGC, INC. ("NGC") employees with relevant information concerning the maintenance, inspection, upkeep, repair and reconstruction of the damaged dock structure that is the subject of NGC's Complaint. These witnesses were ultimately not available to be deposed prior to Foss' deadline for filing its moving papers, and counsel for NGC requested that the depositions be continued to later dates.

- 1 -                                                                                                SF448127
STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE

1  The Court has noted that the hearing on Foss' Motion for Summary Judgment
2  and further Case Management Conference are to be continued to January 19, 2007, pending
3  the filing of this Stipulation and [Proposed] Order.

5  DATED: November 28, 2006

/ s /
JOHN D. GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

9  DATED: November 28, 2006

/ s /
AMY B. NORRIS
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
Attorneys for Plaintiff
NEW NGC, INC.

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that that Defendant's Motion for Summary Judgment shall be heard on January 19, 2007 at 9:00 a.m. Moving papers shall be filed and served no later than December 15, 2006; opposition shall be filed and served by December 29, 2006; and any reply papers shall be filed by January 5, 2007.

The January 5, 2007 Further Case Management Conference is continued to January 19, 2007 at 2:30 p.m.

IT IS SO ORDERED.

Dated:_____

_____
United States District Judge

- 2 -    SF448127
STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE