1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
   CHARLES S. DONOVAN, Cal. Bar No. 103667
3  AMY B. NORRIS, Cal. Bar No. 201147
   Four Embarcadero Center, 17th Floor
4  San Francisco, California  94111-4106
   Telephone:    415-434-9100
5  Facsimile:    415-434-3947
   Email:        cdonovan@sheppardmullin.com
6
   Attorneys for Plaintiff New NGC, Inc.
7

8  KEESAL, YOUNG & LOGAN
   A Professional Corporation
9  JOHN D. GIFFIN, Cal. Bar. No. 89608
   Four Embarcadero Center, Suite 1500
10 San Francisco, California 94111
   Telephone:    (415) 398-6000
11 Facsimile:    (415) 981-0136

12 Attorneys for Defendant
   FOSS MARITIME COMPANY
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16

17 | NEW NGC, INC.,                               | Case No. C 06 02235 SI
18 |                  Plaintiff,                  | **STIPULATION AND [PROPOSED] ORDER CONTINUING SUMMARY JUDGMENT HEARING AND CASE MANAGEMENT CONFERENCE**
19 |       v.                                     |
20 | Tug LYNN MARIE, her engines, tackle,         |
   | apparel, etc., *in rem*, FOSS MARITIME       |
21 | COMPANY, *in personam*,                      |
22 |                  Defendants.                 |

23

24         THE PARTIES STIPULATE AND REQUEST the Court reserve February 9,

25 2007 for a hearing on Defendant FOSS MARITIME COMPANY'S ("Foss") Motion for

26 Summary Judgment and continue the further Case Management Conference until that date.

27         Foss filed a Motion for Summary Judgment on December 15, 2006.  Since

28 Foss filed its moving papers, the parties have engaged in settlement discussions.  Due to

-1-

1  the intervening holidays, the parties have not concluded their settlement discussions. The
2  parties wish to pursue these negotiations without the need to prepare opposition or reply
3  papers for the summary judgment motion.
4        The Court has advised counsel that the hearing date of February 9, 2007 is
5  available.

8  Dated: December 28, 2006

9        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

11        By      /s/ Amy B. Norris

12        Amy B. Norris
13        Attorneys for Plaintiff New NGC, Inc.

15  Dated: December 28, 2006

16        KESSAL YOUNG & LOGAN

18        By      /s/ John Giffin

19        John Giffin
20        Attorneys for Defendant Foss Maritime Company

22  **[PROPOSED] ORDER**

23  IT IS HEREBY ORDERED that that Defendant's Motion for Summary
24  Judgment shall be heard on February 9, 2007 at 9:00 a.m.
25  Any opposition shall be filed and served by January 19, 2007; and any reply
26  papers shall be filed by January 26, 2007.

-2-

W02-WEST:5AN\400149361.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING SUMMARY JUDGMENT HEARING
AND CASE MANAGEMENT CONFERENCE

The January 19, 2007 Further Case Management Conference is continued to February 9, 2007 at 2:30 p.m.

IT IS SO ORDERED.

Dated:_____  _____

United States District Judge

-3-

W02-WEST:5AN\400149361.1    STIPULATION AND [PROPOSED] ORDER
CONTINUING SUMMARY JUDGMENT HEARING
AND CASE MANAGEMENT CONFERENCE