| | |
|---|---|
| 1 | JOHN D. GIFFIN, CASB NO. 89608 |
| | KEESAL, YOUNG & LOGAN |
| 2 | A Professional Corporation |
| | Four Embarcadero Center, Suite 1500 |
| 3 | San Francisco, California 94111 |
| | Telephone: (415) 398-6000 |
| 4 | Facsimile: (415) 981-0136 |
| 5 | Attorneys for Defendant |
| | FOSS MARITIME COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| NEW NGC, INC., | ) | Case No. C 06 2235 SI |
| | ) | |
| Plaintiff, | ) | **STIPULATION RE: DISMISSAL WITH PREJUDICE** |
| | ) | |
| vs. | ) | |
| | ) | **Before: Honorable Susan Illston** |
| Tug LYNN MARIE, her engines, tackle, apparent, etc., *in rem*, FOSS MARITIME COMPANY, *in personam*, | ) | |
| | ) | |
| Defendants. | ) | |

The parties, by and through their counsel of record, hereby stipulate that the above-entitled action may be dismissed in its entirety, with prejudice. Each party is to bear its own costs.

DATED: February 5, 2007

/s/John D. Giffin

JOHN D. GIFFIN
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

DATED: February 5, 2007

/s/Amy B. Norris

AMY B. NORRIS
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Attorneys for Plaintiff
NEW NGC, INC.

- 1 -

STIPULATION RE: DISMISSAL WITH PREJUDICE
– Case No. C 06 2235 SI

SF450077

## ORDER

Good cause having been shown, the court hereby dismisses the above-entitled action with prejudice, each party to bear its own costs. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____        _____
                             The Honorable Susan Illston