1  JOHN D. GIFFIN, CASB NO. 89608
   KIMBERLY A. SHIELDS, CASB NO. 245326
2  KEESAL, YOUNG & LOGAN
   A Professional Corporation
3  Four Embarcadero Center, Suite 1500
   San Francisco, California 94111
4  Telephone:  (415) 398-6000
   Facsimile:  (415) 981-0136
5
   Attorneys for Defendant
6  FOSS MARITIME COMPANY

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11
   NEW NGC, INC.,                          )  Case No. C06 2235 SI
12                                         )
                       Plaintiff,          )  **STIPULATION TO VACATE HEARING**
13                                         )  **DATES AND [PROPOSED] ORDER**
           vs.                             )  **THEREON**
14                                         )
   Tug LYNN MARIE, her engines, tackle,    )  Judge:  Hon. Susan Illston
15 apparent, etc., *in rem*, FOSS MARITIME )
   COMPANY, *in personam*,                 )
16                                         )
                       Defendants.         )
17                                         )
   _____)
18

19

20

21
           The parties to the above-entitled proceeding have settled their dispute and
22
   entered into a stipulation to dismiss the action with prejudice.
23

24

25

26 ///
27 ///
28 ///

W02-WEST:5AN\400195287.1          -1-          STIPULATION TO VACATE HEARING
                                                DATES AND [PROPOSED] ORDER

1  In light of the foregoing, the parties respectfully request that the Court
2  vacate the hearing on Foss' Motion for Summary Judgment, scheduled for Friday,
3  February 9, 2007 at 9:00 a.m., and the Case Management Conference, scheduled for
4  Friday, February 9, 2007 at 2:30 p.m., along with any other scheduled appearances by
5  counsel in Case No. C06 2235 SI.

8  DATED: February ____, 2007

/S/ KIMBERLY A. SHIELDS
JOHN D. GIFFIN
KIMBERLY A. SHIELDS
KEESAL, YOUNG & LOGAN
Attorneys for Defendant
FOSS MARITIME COMPANY

15  DATED: February ____, 2007

/S/ AMY B. NORRIS
AMY B. NORRIS
SHEPPARD MULLIN RICHTER
& HAMPTON LLP
Attorneys for Plaintiff
NEW NGC, INC.

### ORDER

Good cause having been shown, the Court hereby vacates the summary judgment hearing and case management conference scheduled for February 9, 2007 and all other scheduled appearances by counsel.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

_____
The Honorable Susan Illston